USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 ____________________

No. 97-2304

 MICHAEL BRIGGS,

 Plaintiff, Appellant,

 v.

 OSRAM SYLVANIA, INC., ET AL.,

 Defendants, Appellees.

 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Morton A. Brody, U.S. District Judge]

 ____________________

 Before

 Torruella, Chief Judge,
 Selya and Boudin, Circuit Judges.

 ____________________

 Michael Briggs on brief pro se.
 Barry A. Bachrach and Bowditch & Dewey, LLP on brief for appellees.

 ____________________

 May 7, 1998
 ____________________

 Per Curiam. We have carefully reviewed the record
 and briefs on appeal and affirm the judgment below. Upon
 summary judgment, the evidence was unequivocal that the
 appellant was an employee of the appellee with wages subject to
 mandatory withholding. 26 U.S.C. 3402(a)(1) and 3102(a). 
 An employer cannot be liable to its employee for complying with
 its legal duty to withhold federal taxes. Chandler v. Perini
 Power Constructors, Inc., 520 F. Supp. 1152, 1155-1156 (D.H.
 1981)(stating also that the constitutionality of federal tax
 withholding statutes is so well established as to render
 nugatory any challenge thereto); Bright v. Bechtel Petroleum,
 Inc. 780 F.2d 766 (9th Cir. 1986). The arguments that
 appellant raises for the first time on appeal are not properly
 before us. 
 Affirmed. Loc.R. 27.1.